**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FILED IN CHAMBERS
U.S.D.C. Atlanta
JAN 23 2019
JAMES N. HATTEN, Clerk
By: ___ Deputy Clerk

MICHAEL BERNARD BELL,

    Petitioner,

v.

JULIE L. JONES SECRETARY,
FLORIDA DEPARTMENT
OF CORRECTIONS, ET AL

    Respondent.
_____/

Case No. 3:07-cv-00860-ODE
**CAPITAL CASE**

### ORDER

This closed death penalty case is before the Court on a Motion to Substitute Counsel, filed by the Capital Habeas Unit of the Federal Public Defender for the Middle District of Florida ("CHU-Middle") on December 20, 2018 [Doc. 117]. This Court previously appointed the Capital Habeas Unit of the Federal Public Defender for the Northern District of Florida ("CHU-North") as counsel for Petitioner on November 14, 2017 [Doc. 109]. At the time that CHU-North was appointed to represent the Petitioner, CHU-North was the only Capital Habeas Unit in the State of Florida. CHU-Middle is now operational and qualified to represent federal habeas petitioners and this case arises in the Middle District of Florida. It appears that CHU-North, CHU-Middle, and the petitioner consent to CHU-Middle substituting as counsel of record for the Petitioner. The Court recognized that the continued

representation of the Petitioner by a Capital Habeas Unit could be beneficial to Petitioner Michael Bell. Thus, this motion [Doc. 117] is GRANTED, and CHU-Middle is hereby substituted as counsel of record for the petitioner.

SO ORDERED, this 18 day of January, 2019.

Orinda D. Evans
United States District Judge